IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-02879-dd |
| WALKER RUSSELL HARTER, SR., | ) | |
| | ) | |
| Debtor(s) | ) | |

REQUEST OF PHILIP FAIRBANKS, ESQ., P.C., ATTORNEY FOR DEBTOR,
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

    PLEASE TAKE NOTICE that Walker Russell Harter, Sr., debtor in the above-captioned chapter 7 case, by counsel, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Philip Fairbanks, Esquire
PHILIP FAIRBANKS, ESQ., P.C.
1214 King Street
Beaufort, SC 29902
Telephone: (843) 521-1580
E-mail: dale@lowcountrybankruptcy.com

                                          /s/ Philip Fairbanks
                                          Philip Fairbanks  DCID # 756
                                          PHILIP FAIRBANKS, ESQ., P.C.
                                          1214 King Street
                                          Beaufort, SC 29902
                                          Telephone: (843) 521-1580
                                          E-mail: dale@lowcountrybankruptcy.com
                                          Attorney for Debtor

Beaufort, South Carolina

July 10, 2019