UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>WALKER RUSSEL HARTER Sr.,<br><br>        Debtors. | CASE NO:    19-02879-dd<br><br>CHAPTER: 7<br><br>ORDER AVOIDING JUDICIAL LIEN<br>(11 U.S.C. § 522(F)(1)(A))[1] |
|---|---|

      Before the Court is the motion of the debtor to avoid the judicial lien held by the following creditors:

| Name of creditor and description of property securing lien | Estimated judicial lien | Total of all senior/ unavoidable liens | Applicable Exemption and Code Section | Value of the debtor's interest in property | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| 796 Citadel Road, City of Fairfax, Allendale County, South Carolina TMS #123-03-10-003<br><br><br><br>William Simmons<br>2016-CP-25-0170<br>Filed: 1/08/2017 | $2,703,025.90 | $500,000.00 | $60,000 per debtor: Section 15-41-30(a), SC Code | Life estate in Residence valued at $92,200.00 | $-0- | $2,703,025.90 |

---

[1] This form is for use only in chapter 7 and chapter 11 cases where the property subject to the lien is not co-owned as contemplated in In re Ware, 274 B.R. 206 (Bankr. D.S.C. 2001).

- 1 -

The Court finds that the judicial lien of the above-named creditor impairs exemptions to which the debtor would otherwise be entitled under 11 U.S.C. § 522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), and that the judicial lien should therefore be avoided pursuant to 11 U.S.C. § 522(f)(1)(A) in the amount set forth above.

Therefore, IT IS ORDERED that the judicial lien held by the above-named creditor be, and hereby is, avoided in the amount set forth above.

AND IT IS SO ORDERED.