UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 19-02879-dd |
|---|---|
| WALKER RUSSEL HARTER Sr., | CHAPTER: 7 |
| Debtors. | ORDER AVOIDING JUDICIAL LIENS (11 U.S.C. § 522(F)(1)(A))[1] |

Before the Court is the motion of the debtor to avoid the judicial liens held by the following creditors:

| Name of creditor and description of property securing lien | Estimated judicial lien | Total of all senior/ unavoidable liens | Applicable Exemption and Code Section | Value of the debtor's interest in property | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| 796 Citadel Road, City of Fairfax, Allendale County, South Carolina TMS #123-03-10-003 | | $500,000.00 | Up to $60,000 per debtor: Section 15-41-30(a), SC Code | Life estate in property valued at $92,200.00 | | |
| James Freeman 2017-CP-03-0109 Filed: 2/22/2009 | $4,296,922.26 | | | | $-0- | $4,296,922.26 |
| Bobby Wilson, Sr. 2017-CP-03-0109 Filed: 2/22/2019 | $2,502,961.64 | | | | $-0- | $2,502,961.64 |

---

[1] This form is for use only in chapter 7 and chapter 11 cases where the property subject to the lien is not co-owned as contemplated in In re Ware, 274 B.R. 206 (Bankr. D.S.C. 2001).

- 1 -

| Name of creditor and description of property securing lien | Estimated judicial lien | Total of all senior/ unavoidable liens | Applicable Exemption and Code Section | Value of the debtor's interest in property | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| Bobby Wilson, Jr. 2017-CP-03-0109 Filed: 2/22/2019 | $834,320.55 | | | | $-0- | $834,320.55 |
| Teresa Golden 2017-CP-03-0109 Filed: 2/22/2019 | $2,578,153.35 | | | | $-0- | $2,578,153.35 |
| Wilbert Golden 2017-CP-03-0109 Filed: 2/22/2019 | $2,578,153.35 | | | | $-0- | $2,578,153.35 |
| Michael Artie Howard 2017-CP-03-0109 Filed: 2/22/2019 | $859,384.45 | | | | $-0- | $859,384.45 |
| Ulysee Bunch 2017-CP-03-0109 Filed: 2/22/2019 | $1,718,768.90 | | | | $-0- | $1,718,768.90 |
| Sharon Duggan 2017-CP-03-0109 Filed: 2/22/2019 | $859,384.45 | | | | $-0- | $859,384.45 |
| Laquinton Davis 2017-CP-03-0109 Filed: 2/22/2019 | $1,718,768.90 | | | | $-0- | $1,718,768.90 |
| Harry Mole 2017-CP-03-0109 Filed: 2/22/2019 | $859,384.45 | | | | $-0- | $859,384.45 |
| Est. of Jack Morris 017-CP-03-0109 Filed: 2/22/2019 | $644,538.34. | | | | $-0- | $644,538.34 |

| Name of creditor and description of property securing lien | Estimated judicial lien | Total of all senior/ unavoidable liens | Applicable Exemption and Code Section | Value of the debtor's interest in property | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| Vincent Tony Howard 2017-CP-03-0109 Filed: 2/22/2019 | $5,005,923.29 | | | | $-0- | $5,005,923.29 |
| Dominique Stewart 017-CP-03-0109 Filed: 2/22/2019 | $25,029,616.44 | | | | $-0- | $25,029,616.44 |
| Akeya Johnson 017-CP-03-0109 Filed: 2/22/2019 | $834,320.00 | | | | $-0- | $834,320.00 |

The Court finds that the judicial liens of the above-named creditors impair exemptions to which the debtors would otherwise be entitled under 11 U.S.C. § 522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), and that the judicial liens should therefore be avoided pursuant to 11 U.S.C. § 522(f)(1)(A) in the amounts set forth above.

Therefore, IT IS ORDERED that the judicial liens held by the above-named creditor be, and hereby are, avoided in the amounts set forth above.

AND IT IS SO ORDERED.